## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES

Phoenix Division

**CIV 10-951-PHX-SRB**      DATE: 7-15-10
Year    Case No.

HON: SUSAN R. BOLTON            Judge # 7026

David Salgado, et al.            v.  Jan Brewer, et al.
Plaintiff(s)                         Defendant(s)

Deputy Clerk: Maureen Williams     Court Reporter: Elizabeth Lemke

Stephen Montoya, Richard Martinez, Augustine Jimenez, III, and Erica Gonzalez-Melendez
Plaintiff(s) counsel

John Bouma, Joseph Adams, Robert Henry, Kelly Kszywienski, Joseph Kanefield, Elaine Cardwell and Gary Verburg
Defense counsel
========================================================================
**PROCEEDINGS**:   X  Open Court  _Chambers    _ SEALED

This is the time set for Hearing re: Plaintiffs' Motion for Preliminary Injunction (Doc. 6) and Defendant Brewer's Motions to Dismiss (Docs. 39 and 40).

After discussion with Plaintiffs' counsel Montoya, said counsel is in agreement that Defendant Brewer's Motion to Dismiss (All Claims in Her Individual Capacity) (Doc. 40) is unopposed and is granted.

Argument held re: Defendant Brewer's Motion to Dismiss (Doc. 39).

Argument held re: Plaintiffs' Motion for Preliminary Injunction (Doc. 6).

IT IS ORDERED taking under advisement Plaintiffs' Motion for Preliminary Injunction (Doc. 6) and Defendant Brewer's Motion to Dismiss (Doc. 39).

Hearing length:   2 hours and 3 minutes